| | | |
|---|---|---|
| *Attorney or Party without Attorney:*<br>CADDELL & CHAPMAN ATTORNEYS AT LAW<br>The Park In Houston Center<br>1331 Lamar, Suite 1070<br>Houston, TX 77010<br>*Telephone No:* 713-751-0400   *FAX No:* 713-751-0906 | | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* LOZANO
*Defendant:* FORD MOTOR COMPANY

| PROOF OF SERVICE<br>CIVIL ACTION SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08 3244 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the CIVIL ACTION SUMMONS; CIVIL COVER SHEET; U.S. DISTRICT COURT NORTHER CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT STANDING ORDER MAGISTRATE JUDGE MARIA-ELENA JAMES

3. a. Party served:   FORD MOTOR COMPANY
   b. Person served:   Juan Del Pablo, person authorized to accept service of process on behalf of C. T. Corporation, registered agent

4. Address where the party was served:   c/o C.T. Corporation System
   818 W. Seventh St.
   Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 18, 2008 (2) at: 11:30AM

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. R. Hall
   b. CLSS - NationWide Service Center (NWSC)
   2522 Lower Mason Creek Road
   Bandera, TX 78003
   c. (800) 899-2577, FAX (800) 998-2577

   d. *The Fee for Service was:*   $193.25
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:   5181
      (iii) County:   Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Jul. 28, 2008

   (R. Hall)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
CIVIL ACTION SUMMONS

7510400.55852