1  H. Grant Law (SBN:144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
4  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
5  San Francisco, California 94104-2828
   Telephone:    (415) 544.-900
6  Facsimile:    (415) 391-0281

7
   Attorneys for Defendant
8  FORD MOTOR COMPANY

9                          UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12  ROBERTO O. LOZANO, DANIEL GERARD,          Case No.  CV 08 3244 ~~MEJ~~ PJH
    RAMON RODRIGUEZ, QU PING, AND
13  NANCY KIGER, individually and on behalf of
    all others similarly situated,
14                                              **STIPULATION AND [~~PROPOSED~~]
                Plaintiffs,                     ORDER TO VACATE DEADLINES AND
15                                              CASE MANAGEMENT CONFERENCE**

16         vs.

17  FORD MOTOR COMPANY,                         Complaint Filed: July 3, 2008

18              Defendant.

19

20

21         On August 22, 2008, the Judicial Panel on Multidistrict Litigation ("JPML") issued

22  Conditional Transfer Order 37 ("CTO-37") in *In re Ford Motor Company Speed Control*

23  *Deactivation Switch Products Liability Litigation*, MDL No. 1718 ("MDL").  CTO-37 conditionally

24  transfers the above-entitled action, *Lozano, et al. v. Ford Motor Company*, to the MDL in the

25  Eastern District of Michigan and assigns it to the Honorable Bernard A. Friedman.  Neither party

26  opposes the conditional transfer order and, therefore, the parties expect that the transfer order shall

27  become final shortly.

28

1   IT IS HEREBY STIPULATED, by and between the parties through their counsel of record, that:

1. All dates and/or deadlines currently set by the Court's July 3, 2008 Order Setting Initial Case Management Conference and ADR Deadlines should be vacated.

2. The October 9, 2008 Case Management Conference should be vacated.

IT IS SO STIPULATED.

Dated: October 1, 2008                CADDELL & CHAPMAN

                                      By:   /s/ Cory S. Fein
                                            MICHAEL A. CADDELL
                                            CYNTHIA B. CHAPMAN
                                            CORY S. FEIN

                                      Attorneys for Plaintiffs


Dated: October 1, 2008                SHOOK, HARDY & BACON L.L.P.

                                      By:   /s/ Mia O. Solvesson
                                            H. GRANT LAW
                                            AMIR NASSIHI
                                            MIA O. SOLVESSON

                                            Attorneys for Defendant
                                            FORD MOTOR COMPANY

**[~~PROPOSED~~] ORDER**

Pursuant to stipulation and GOOD CAUSE APPEARING, the Court hereby orders the following:

1. The September 18, 2008 deadlines to (1) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; (2) file ADR Certification; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference are hereby vacated.

2. The October 2, 2008 deadlines to (1) file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; and (2) file Case Management Statement are hereby vacated.

3. The Initial Case Management Conference, currently set for October 9, 2008 in Courtroom B on the 15th Floor in San Francisco at 10:00 a.m., is hereby vacated.

IT IS SO ORDERED.

Dated: October 22, 2008



HONORABLE _____ JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO VACATE DEADLINES AND CASE MANAGEMENT CONFERENCE
Case No. CV 08 3244 MEJ

146764v1